```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
JASMINE TORO, on behalf of herself and all              :
others similarly situated,                              :
                                                        :
                                                        :
                                Plaintiff,              :
                                                        :       23-CV-6019 (VSB)
                - against -                             :
                                                        :            ORDER
MY PERFECT PET, INC.,                                   :
                                                        :
                                Defendant.              :
                                                        :
------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed the complaint in this action on July 13, 2023.  (Doc. 1.)  Pursuant to Federal Rule of Civil Procedure 4(m), if "a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Plaintiff was therefore obligated to serve Defendant no later than October 11, 2023.  On October 18, 2023, I entered an Order directing Plaintiff to "submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procured 4(m)" by November 1, 2023.  (Doc. 5.) To date, Plaintiff has failed to file this letter or request additional time to do so.

      Accordingly, this matter is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m) for failure to timely enact service on the defendant without good cause.  The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

1

Dated: December 15, 2023
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge